IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION


ALAN MOON,                            *

      Plaintiff                  *

vs.                                   *

                          CASE NO. 3:09-CV-25 (CDL)

Cpl. HOWARD, Cpl. HARRISON,           *
Officer TAYLOR, et al.,

                            *

      Defendants                 *

                            *


O R D E R


    This matter is before the Court pursuant to an Order and Recommendation of the United States Magistrate Judge entered on April 20, 2009.  No party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error.  Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.

    IT IS SO ORDERED, this 14th day of May, 2009.


                              S/Clay D. Land
                                  CLAY D. LAND
                          UNITED STATES DISTRICT JUDGE