# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| ALAN MOON, | : | |
| Plaintiff, | : | |
| | : | NO. 3:09-CV-25 (CDL) |
| VS. | : | |
| CORPORAL HOWARD, *et al.*, | : | |
| | : | Proceedings Under 42 U.S.C. §1983 |
| Defendants. | : | Before the U.S. Magistrate Judge |

## ORDER AND RECOMMENDATION

Before the Court is Plaintiff Alan Moon's Motion for Summary Judgment. Doc. 56. Prior to the filing of this motion, Judgment was entered in favor of the Defendants. Doc. 36. Thereafter, Plaintiff filed a Notice of Appeal. Doc. 39. Plaintiff's appeal was docketed in the Eleventh Circuit Court of Appeals on November 15, 2010. See (USCA No. 10-15230-C).

On April 6, 2011, a Recommendation to deny Plaintiff's motion was entered based on the fact that jurisdiction over this action had been divested from this Court during the pendency of the appeal. Doc.58. On April 12, 2011, prior to the entry of any order by the District Court on the recommendation, the Eleventh Circuit Court of Appeals dismissed Plaintiff's appeal as untimely. Doc. 60.

Accordingly, **IT IS ORDERED** that the recommendation described above be **VACATED** and **IT IS RECOMMENDED** that Plaintiff's post-judgment motion for summary judgment be **DENIED** as moot.

Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this **RECOMMENDATION** with the district judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

**SO ORDERED AND RECOMMENDED**, this 11th day of May, 2011.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge