IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION


ALAN MOON,                          *

        Plaintiff                   *

vs.                                 *

                                        CASE NO. 3:09CV25 (CDL)

Corporal HOWARD, et al.,            *

        Defendants                  *


O R D E R


This matter is before the Court pursuant to an Order and
Recommendation of the United States Magistrate Judge entered on
May 11, 2011. Neither party has filed an objection to this
Recommendation as permitted by 28 U.S.C. § 636(b)(1), and
therefore, the Court reviews the Recommendation for plain error.
Finding no plain error or manifest injustice, the Court adopts
the Recommendation of the Magistrate Judge and makes it the Order
of this Court.

        IT IS SO ORDERED, this 9th day of May, 2011.

                        s/Clay D. Land
                        CLAY D. LAND
                        UNITED STATES DISTRICT JUDGE